**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIRA MAR VILLAS, #15 GARDEN DRIVE, PARADISE ISLAND, BAHAMAS;
2. UNIT NUMBER 704 OCEAN PLACE CONDOMINIUMS, PARADISE ISLAND; AND
3. ALL FUNDS FROZEN IN ANSBACHER (BAHAMAS) LTD. ACCOUNT 2003719.01

    Defendants.

---

UNITED STATES' MOTION FOR LEAVE TO RESTRICT
THE VERIFIED COMPLAINT, MOTION FOR RESTRAINING ORDER AND
RESTRAINING ORDER, AND NOTICES OF LIS PENDENS

---

    COMES NOW the United States of America (the "United States"), by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, and respectfully moves for an order restricting the *Verified Complaint for Forfeiture In Rem*, *Motion for Restraining Order* and *Restraining Order*, and *Notices of Lis Pendens*, as well as this motion, at a Level 2 restriction, limiting access to the filer and the Court only. In support of this Motion, the United States submits the following:

    1.    Said *Verified Complaint for Forfeiture In Rem*, *Motion for Restraining Order* and *Restringing Order*, and *Notices of Lis Pendens* have been filed under seal as a part of a continuing investigation.

2.       The release of information in the Complaint, Motion for Restraining Order and Restraining Order, and Notices of Lis Pendens, in this matter may substantially jeopardize the ongoing investigation, as well as related investigations, based on concerns of possible destruction of or tampering with evidence and other potential obstructive conduct.  In particular, the Complaint and Motion for Restraining Order refer to a criminal investigation, whose existence is unknown to the Targets.  Likewise, public revelation of the details of the investigation, through public access to the Complaint and Motion for Restraining Order and Notices of Lis Pendens, risks affording the opportunity of shaping and influencing information yet to be obtained from a number of potential witnesses yet to be interviewed, and risks the potential destruction or altering of evidence yet to be acquired.  Finally, the assets sought for forfeiture, which are traceable to proceeds of the criminal conduct and constitute property involved in money laundering are located in the Commonwealth of the Bahamas.  If the facts detailed in the Verified Complaint, Motion for Restraining Order, and Restraining Order, and Notices of Lis Pendens were revealed, the recovery of these assets would be seriously jeopardized.

3.       At this juncture, public interest in access to these submissions does not, it is respectfully submitted, outweigh the foregoing interests or the interests of the subjects and targets of the investigation in avoiding undue reputational harm.

4.       In addition, sharing the restricted Complaint, Restraining Order, and Notices of Lis Pendens with the government of the Bahamas will be required for execution of the Restraining Order and furtherance of this investigation.

WHEREFORE, the United States respectfully requests that the *Verified Complaint for Forfeiture In Rem*, *Motion for Restraining Order*, *Restraining Order,* and *Notices of Lis Pendens*, as well as this Motion, be restricted at a Level 2 restriction, with an exception to permit the government of the Commonwealth of the Bahamas to view the *Verified Complaint for Forfeiture In Rem, Restraining Order,* and *Notices of Lis Pendens,* for investigative and law enforcement purposes, including execution of the *Restraining Order*, until further order of the Court.

DATED this 22nd day of November, 2019.

        Respectfully submitted,

        JASON R. DUNN
        United States Attorney

By: s/ Tonya S. Andrews
        ***Tonya S. Andrews***
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 California St., Ste 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: tonya.andrews@usdoj.gov
        *Attorney for the United States*